| | |
|---|---|
| CEMCO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KPSI INNOVATION, INC., a Delaware corporation; SERINA KLEIN, an individual; KEVIN KLEIN, an individual; and JAMES A. KLEIN, an individual,<br><br>Defendants. | Case No. 2:23-cv-00918-JLR<br><br>STIPULATED MOTION TO AMEND DEADLINE TO JOIN PARTIES<br><br>Noted: December 27, 2023 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Defendants and Plaintiff, by and through their counsel of record, having conferred about the Plaintiff's pending motion for relief from a deadline (dkt. no. 55) and the case schedule in this matter, stipulate as follows:

1. parties other than ClarkWestern Dietrich LLC, or those in privity with it, may be joined on or before February 29, 2024; and

2. the Plaintiff's pending Motion for Relief from December 29, 2023, Deadline (dkt. no. 55) is moot.

---

STIPULATED DEADLINE TO JOIN PARTIES

Case No. 2:23-cv-00918-JLR

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

1

If the Court orders ClarkWestern Dietrich LLC or its affiliates to be joined pursuant to Plaintiff's request in its opposition to Defendants' pending Second Motion to Dismiss, then nothing in this stipulation shall limit their joinder. The undersigned certify that counsel for all parties have stipulated to this Motion.

Dated: December 27, 2023

By: *s/ Patrick C. Bageant*
Patrick C. Bageant (No. 44268)
HOLLYSTONE LAW
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343
Facsimile: (208) 686-8247
Email: pbageant@hollystonelaw.com

*Attorneys for Defendants*.

TROJAN LAW OFFICES

By: *s/ Dylan C. Dang*
R. Joseph Trojan *(pro hac vice)*
Dylan C. Dang *(pro hac vice)*
trojan@trojanlawoffices.com
dang@trojanlawoffices.com
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Tel (310) 777-8399

*Attorneys for Plaintiff,*
*CEMCO, LLC*

STIPULATED DEADLINE TO JOIN PARTIES

Case No. 2:23-cv-00918-JLR

2

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I filed the foregoing document with the above-captioned court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

By: *s/ Patrick C. Bageant*

STIPULATED DEADLINE TO JOIN PARTIES

Case No. 2:23-cv-00918-JLR

**HOLLYSTONE LAW**
1775 West State Street, #286
Boise, ID 83702
Telephone: 208-596-5343

i

**ORDER**

The court GRANTS the parties' stipulated motion to amend the deadline to join parties. Plaintiff's pending motion for relief from a deadline (Dkt. # 55) is DENIED as moot. Parties other than ClarkWestern Dietrich LLC, or those in privity with it, may be joined on or before February 29, 2024. IT IS SO ORDERED.

Dated this 28th day of December, 2023.

JAMES L. ROBART
United States District Judge