The Hon. James. L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>KPSI INNOVATION, INC., a Delaware Corporation; SERINA KLEIN, an individual; KEVIN KLEIN, an individual; and JAMES A. KLEIN, an individual,<br><br>Defendants. | Case No. 2:23-cv-00918-JLR<br><br>[PROPOSED]<br><br>ORDER ON MOTION TO AMEND DEADLINE TO ANSWER COMPLAINT |

Case No. 22:23-cv-00918-JLR

1

ORDER MOTION TO AMEND DEADLINE TO ANSWER COMPLAINT

On April 15, 2024, the parties filed a stipulation to extend the deadline for the Defendants to answer the Plaintiff's Third Amended Complaint by seven days, to April 23, 2024. Having considered the Motion and the submissions of the parties, the Court orders as follows:

1. the Defendants' deadline to answer the Third Amended Complaint shall be extended by seven days, to April 23, 2024; and
2. nothing in this stipulation shall affect the trial date or any other deadline.

IT IS SO ORDERED

Dated: April 15, 2024

By: _____
The Honorable James A. Robart
United States District Judge

Presented by:

s/ Patrick C. Bageant

Dated this 15th Day of April, 2024

Case No. 2:15-cv-01096-JLR

2