

FILED
LODGED
RECEIVED

APR 17 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# REQUEST JUDICIAL NOTICE
# AFFIDAVIT/DECLARATION OF TRUTH
# AFFIDAVITS

I, Eric Freeze, a sentient man (non-legal fiction entity/person), hereinafter, Plaintiff, possessing God-given unalienable Rights make this Request of Judicial Notice of AFFIDAVIT/DECLARATION OF TRUTH AFFIDAVITS of Crimes against Eric Freeze, hereinafter, AFFIDAVIT, declares under pain and penalty of perjury under the laws of the organic United States of America and of the organic State of Washington that I am of legal age and sound mind and hereby attest that the statements, averments, and information contained in this AFFIDAVIT are true and correct to the best of my knowledge and belief.

1. Plaintiff declares that all affidavits of testimony, events, occurrences, and actions submitted to this court as Requested Judicial Notices are true, correct and were given by firsthand witnesses that will appear before this court in person and in depositions to reaffirm their affidavit testimonies.

2. a. On or about January 5th, 2022 defendant Elizabeth Gallagher, hereinafter, GALLAGHER, agreed by tacit consent that the Common Law AFFIDAVIT/ DECLARATION OF TRUTH received by GALLAGHER, by certified return receipt U. S. Mail from Plaintiff on or after January 10, 2022, was truthful and correct. Document 44, page 13, II-2.

   b. In Document 44, page 15, (**Sufficient Lawful notification**) "An unrebutted affidavit stands as truth and fact before any court. Your failure to respond, as stipulated, is your tacit agreement with and admission to the fact that everything in this AFFIDAVIT is true, correct, legal, lawful, and is your irrevocable admission attesting to this, fully binding upon you in any court of law in America, without your protest, objection and that of those who represent you."

   c. Defendant GALLAGHER was notified by three affidavits and a final notice of this notice of tacit assent and that she would not be able to contest these affidavits after 33 days, or ever, by her or her representative, Mr. Paul Taylor if she failed to reply. See exhibits EISA 3,4,5 & 6.

   d. Defendant GALLAGHER was given 33 days to answer all the affidavits in the exhibits and chose to not answer or rebut any of them.

e. Plaintiff believes All Declarations and affidavits submitted by Defendant GALLAGHER, are untrue, false, and hearsay, without firsthand witnesses and another attempt to get this court to overlook the unrebutted affidavits submitted by Plaintiff,

3. Defendant GALLAGHER has set a pattern and practice of filing false information in the court and with government officials. Plaintiff believes that Defendant GALLAGHER gave a false report to the Skagit County sheriff, stating, "That the ANN G. FREEZE REVOCABLE TRUST and the RONALD L. FREEZE REVOCABLE TRUST" hereinafter, TRUST, was in probate and therefore it was OK to conspire with Jose Acuna to break into Plaintiff's home, steal documents and other items and change the locks on the doors in an attempt to forcefully remove Plaintiff from his home of over three decades. It is not feasible for a Trust to be in Probate as it survives after the Settlor's death. In this case, it was the beneficiary that died. And he has yet to enter into probate.

4. Plaintiff believes that the ruse, scheme that Defendant GALLAGHER is presenting to the Court, is an attempt to Conceal and Deny inheritance and the fact that Peter Freeze, Power of Attorney, and Beneficiary for the TRUST, and son of the Settlor and father to the Plaintiff, is an attempt to **claim probate** for a brother, when the only heir to Peter Freeze is Eric S. Freeze. There still has been no Probate for Peter Freeze. Settlors were both alive at the time of Peter Freeze's death. Defendant GALLAGHER claims she has first-hand knowledge when she has not been to Concrete Washington in 25 years.

5. Plaintiff believes he is the heir to Peter Freeze's portion of the TRUST and that Peter Freeze was the primary beneficiary of the TRUST. All exhibits and affidavits show that Peter Freeze was the central concern of the TRUST, whereas Defendant GALLAGHER was not mentioned in the TRUST

On or about July 29th, 2022 defendant Jose Acuna, hereinafter ACUNA, filed an affidavit into Skagit County Superior Court admitting that he Broke into Plaintiff's home at the Direction of GALLAGHER, to change locks and take items of GALLAGHER's selection without Plaintiff's knowledge or approval. Plaintiff attests that this affidavit is TRUE.

6. On or about April 5th, 2024 defendant Angela MASSINGALE, hereinafter, MASSINGALE, filed into this Court an affidavit that was false and misleading, lacking relevance to the subject matter. Plaintiff did send MASSINGALE two certified letters telling MASSINGALE to cease and desist, all unlawful actions such as trespassing, destroying personal property, family photos, and cutting trees on the property, etc. MASSINGALE lacks first-hand witnesses to validate her fabrications. The letters Plaintiff sent noted that if MASSINGALE failed to Cease and Desist, they would be included in this Federal lawsuit.

7. In conclusion, Defendants GALLAGHER, ACUNA, and MASSINGALE worked in concert devising a scheme to conceal property, deny Plaintiff of his inheritance, and personal property, and violate his U.S. Constitution, Washington State Constitutional rights as well as USC statutes and RCW laws to deceive this Court and prevent Plaintiff his just due, inheritance and or his compensation for 20 years of labor, materials and efforts to maintain the Property and his father's health.

Affiant further sayeth naught,

With All Rights Reserved,

## NOTARY STATEMENT

(Signature): _Eric Freeze_                                    _4/15/24_
                                                                Date

Eric Freeze, Affiant/Witness/Victim
*UCC 1-308 without prejudice*
Plaintiff, in propria persona

In the State of Washington,
County of Skagit
I swear that on this ___15___ day of April 2024,

the above-named Affiant/Witness/Victim, Eric Freeze personally appeared before me,

and of his own free will, signed and executed this Affidavit/Declaration of Truth.

_Linda Sue Fussell_
Notary Public

My Commission Expires: __09/23/2025__

Seal:

LINDA SUE FUSSELL
Notary Public
State of Washington
Commission Number 22002128
My Commission Expires
09/23/2025

Eric Freeze
P O Box 12
Concrete WA 98237

7022 0410 0000 8231 0435

CERTIFIED MAIL


Retail

U.S. POSTAGE PAID
FCM LETTER
MOUNT VERNON, WA 98273
APR 15, 2024


98101
$5.08
R2304N117980-14

RDC 99

Atten: 23-cv-1135

**CLERK, U.S. DISTRICT COURT**
700 Stewart St. Ste. 2310
Seattle WA 98101


FILED
LODGED
RECEIVED

APR 17 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

