UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KPSI INNOVATIONS, INC., et al., <br><br> Defendants. | CASE NO. 23-0918JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

During the June 4, 2024 hearing, the court discussed Plaintiff CEMCO LLC's ("CEMCO") motion to compel (MTC (Dkt. # 84)) and the parties' stipulated motion to amend the scheduling order (Stip. Mot. (Dkt. # 97)). In light of assurances from counsel for Defendants KPSI Innovations, Inc. ("KPSI"), Serina Klein, James A. Klein, and Kevin Klein (collectively, "Defendants"), the court DENIES both motions (Dkt. ## 84,

//

MINUTE ORDER - 1

97) as moot. A new scheduling order will follow, setting forth a December 3, 2024 trial date.

Defendants are ORDERED to produce all responsive documents and supplement their interrogatory responses by June 14, 2024. Defendants' failure to do so will result in severe sanctions, which may include monetary sanctions, adverse inference instructions, and case-dispositive sanctions against Defendants and/or their counsel. To be clear: Defendants are to produce every single email and text message James Klein and any other Defendant have sent to any of KPSI's actual or potential customers. Defendants and their counsel risk inviting the ire of the court if CEMCO identifies even a single email or text message through third-party discovery that Defendants sent to one of KPSI's customers and failed to produce. The court also notes that Defendants' present interrogatory responses are extraordinarily deficient. Boilerplate objections and dodgy answers will not suffice; CEMCO is entitled to good faith responses to its interrogatories, including, but not limited to, the identities of KPSI's customers, information about each project for which KPSI has supplied products, the truth about the extent of James Klein's role at KPSI (including his pay as a consultant, the work he performs, the customers he interacts with, and all customer sites to which he has traveled), the quantity of intumescent tape KPSI has sold, and the quantity, components, and location of inventory KPSI received from Seal4Safti, Inc.

//

//

//

MINUTE ORDER - 2

CEMCO, Defendants, and all counsel of record are hereby warned that failure to comply with the Federal Rules of Civil Procedure, this District's local rules, or any court order will result in sanctions.

Filed and entered this 4th day of June, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 3