1    THE HONORABLE JAMES L. ROBART

TROJAN LAW OFFICES
BEVERLY HILLS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, a California limited liability company,<br><br>Plaintiff,<br>v.<br><br>KPSI INNOVATION, INC., a Delaware corporation; SERINA KLEIN, an individual; KEVIN KLEIN, an individual; and JAMES A. KLEIN, an individual,<br><br>Defendants. | CASE NO. 2:23-cv-00918-JLR<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL EXPERT REPORT OF ALAN G. GOEDDE**<br><br>**Note on Motion Calendar:**<br>September 10, 2024 |

[Proposed] Order Granting Motion to Seal
Case No. 2:23-cv-00918-JLR

This matter comes before the Court on Plaintiff CEMCO, LLC's ("CEMCO") motion to file under seal the unredacted Expert Report of Alan G. Goedde, Ph.D. pursuant to LCR 5(g)(5).

The Court, having considered all the papers submitted in connection with this Motion,

**IT IS HEREBY ORDERED THAT:**

The motion to seal the unredacted Expert Report of Alan G. Goedde, Ph.D. is **GRANTED.**

**IT IS SO ORDERED.**

Dated this  11th  day of September, 2024

_____
Honorable James L. Robart
United States District Judge