UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KPSI INNOVATION, INC., a Delaware corporation; SERINA KLEIN, an individual; KEVIN KLEIN, an individual; and JAMES A. KLEIN, an individual,<br><br>Defendants. | Case No. 2:23-cv-00918-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER AND EXTEND DEADLINE FOR SETTLEMENT CONFERENCE<br><br>**Noting Date: September 20, 2024** |

BEFORE THE COURT comes Plaintiff and Defendants, by and through their counsel of record, stipulating to amend the scheduling order (Dkt. 100).

Good cause appearing, the Court hereby GRANTS the stipulated motion.

IT IS HEREBY ORDERED THAT the scheduling order is modified as follows:

//

//

---

[PROPOSED] ORDER

Case No. 2:23-cv-00918-JLR

TROJAN LAW OFFICES
9250 Wilshire Blvd., Ste. 325
Beverly Hills, CA 90212
Telephone: 310.777.8399 Fax: 310.777.8348

The Hon. James. L. Robart

| Event | Old Deadline | New Deadline |
|---|---|---|
| Settlement conference held no later than | October 4, 2024 | November 8, 2024 |

IT IS SO ORDERED

Dated: September 20, 2024

By: /s/ James L. Robart
The Honorable James Robart
United States District Judge

Presented by:

*s/ R. Joseph Trojan*

Dated this 20th Day of September, 2024

[PROPOSED] ORDER

Case No. 2:23-cv-00918-JLR

TROJAN LAW OFFICES
9250 Wilshire Blvd., Ste. 325
Beverly Hills, CA 90212
Telephone: 310.777.8399 Fax: 310.777.8348

2