UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KPSI INNOVATIONS, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 23-0918JLR<br><br>ORDER |

Before the court is the parties' stipulated motion and proposed order seeking to extend certain pretrial deadlines related to motions *in limine*. (Stip. Mot. (Dkt. # 151).) Following the court's recent resolution of various dispositive and non-dispositive motions (*see* 10/09/24 Order (Dkt # 149)), the parties represent that they need additional time to meet and confer on potential motions *in limine*. Accordingly, they ask the court to (1) grant Plaintiff leave to file an amended pretrial statement on October 14, 2024; (2) extend the deadline for Defendants to serve their pretrial statement from October 16 to October 18, 2024; (3) set the parties' deadline to meet and confer on the motions *in*

ORDER - 1

*limine* on October 22, 2024; and (4) extend the deadline for filing motions *in limine* from October 17 to October 24, 2024.  (Stip. Mot. at 2; *see also* Sched. Order (Dkt. # 100).)  They do not ask the court to continue the December 3, 2024 trial date or the November 12, 2024 pretrial conference date.  (*See generally* Stip. Mot.)

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  Because the extensions proposed by the parties appear to be reasonable under the circumstances, the court is inclined to grant the extensions.  Under Local Civil Rules 7(d)(3) and 7(d)(5), however, motions *in limine* are generally "21-Day Motions," meaning that the parties' proposed extensions would also extend the deadline for filing responses to the motions *in limine* from November 1, 2024 to November 8, 2024.  *See* Local Rules W.D. Wash. LCR 7(d)(3); *id.* LCR 7(d)(5) (providing that, unless otherwise ordered, motions *in limine* shall be filed no later than 21 days prior to any scheduled pretrial conference, and any opposition papers shall be filed no later than 6 days prior to any such conference).  A November 8, 2024 response deadline does not leave the court sufficient time to fully consider the *motions in limine* before the November 12, 2024 pretrial conference.  Thus, the court will not extend the deadline for the parties to respond to the *motions in limine*.

//

//

//

//

ORDER - 2

Accordingly, the court finds good cause to and will GRANT in part the parties' stipulated motion (Dkt. # 151) and EXTEND the below deadlines as follows:

|  | **Previous Deadline** | **New Deadline** |
|---|---|---|
| Plaintiff's Amended Pretrial Statement Due | N/A | **October 14, 2024** |
| Defendants' Pretrial Statement Due | October 16, 2024 | **October 18, 2024** |
| Deadline to Meet and Confer on Motions *in Limine* | N/A | **October 22, 2024** |
| Deadline to File Motions *in Limine* | October 17, 2024 | **October 24, 2024** |
| Deadline to File Responses to Motions in *Limine* | November 1, 2024 | **November 1, 2024** |

Dated this 16th day of October, 2024.

JAMES L. ROBART
United States District Judge

ORDER - 3