UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, | CASE NO. C23-0918JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KPSI INNOVATION, INC., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendants KPSI Innovation Inc., James A. Klein, Kevin Klein, and Serina Klein (together, "Defendants") Federal Rule of Civil Procedure 60(b) motion to modify the permanent injunction entered in this case.  (Mot. (Dkt. # 282); Reply (Dkt. # 286); *see* Injunction (Dkt. # 247); Judgment (Dkt. # 248).)  Plaintiff CEMCO, LLC opposes the motion.  (Resp. (Dkt. # 284).)

MINUTE ORDER - 1

The parties are ORDERED to meet and confer by no later than **April 15, 2026**, with the goal of developing a mutually agreed-upon amended permanent injunction.  On or before **April 15, 2026**, the parties shall file either an agreed amended permanent injunction or a status report regarding their progress on negotiating an agreed amended permanent injunction.  If the parties are unable to agree on an amended permanent injunction, each party shall file a proposed amended permanent injunction by no later than **April 29, 2026**.  The Clerk is DIRECTED to renote Defendants' motion to modify the permanent injunction (Dkt. # 282) for April 15, 2026.

Filed and entered this 25th day of March, 2026.

JOSHUA C. LEWIS
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2