UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEMCO, LLC, a California limited liability company, | Case No. 2:23-cv-00918-JLR |
| Plaintiff, | **SECOND JOINT STATUS REPORT RE PROPOSED AMENDED INJUNCTION** |
| v. | |
| KPSI INNOVATION, INC., a Delaware corporation; SERINA KLEIN, an individual; KEVIN KLEIN, an individual; and JAMES A. KLEIN, an individual, | |
| Defendants. | |

Pursuant to the Court's order dated March 25, 2026 (Dkt. 287) and further to the joint status report filed on April 15, 2026 (Dkt. 288), Plaintiff CEMCO, LLC and Defendants KPSI INNOVATION, INC., SERINA KLEIN, KEVIN KLEIN, and JAMES A. KLEIN (collectively, the "Parties") respectfully submit this second joint status report concerning their progress on negotiating an agreed amended permanent injunction.

The Parties exchanged their respective drafts of an amended permanent injunction and further conferred on the issue by email. Despite their efforts, the Parties are unable to agree on a

joint amended permanent injunction because they have a fundamental disagreement regarding the effect of the ongoing *ex parte* reexaminations on the scope of the asserted patents and the injunction.

Based on the foregoing, the Parties will separately file proposed drafts of an amended injunction as ordered by the Court.

Respectfully submitted,

April 29, 2026                          /s/R. Joseph Trojan
                                        R. Joseph Trojan *(pro hac vice)*
                                        TROJAN LAW OFFICES
                                        9250 Wilshire Blvd., Ste. 325
                                        Beverly Hills, CA
                                        Attorney for Plaintiff,
                                        CEMCO, LLC


April 29, 2026                          /s/Patrick C. Bageant
                                        Patrick C. Bageant (No. 44268)
                                        HOLLYSTONE LAW
                                        1775 West State Street, #286
                                        Boise, ID 83702
                                        Telephone: 208-596-5343
                                        Attorney for Defendants KPSI INNOVATION,
                                        INC., SERINA KLEIN, KEVIN KLEIN, and
                                        JAMES A. KLEIN

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I filed the foregoing document with the above-captioned court's CM/ECF system, which will cause it to be served electronically upon all counsel of record:

By: _/s/ R. Joseph Trojan_